BUFORD COMBS, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.

Court of Appeals of Kentucky.

May 10, 1946.

Moore & Bratcher for appellant.

Eldon S. Dummit, Attorney General, for appellee.

PER CURIAM.

$100 fine and 30 days in jail for possession of intoxicating liquor in violation of the Local Opton Law. KRS 242.010 et seq.

Appeal denied.

Judgment affirmed.

TILFORD DECKER, Appellant, v. COMMONWEALTH OF KENTUCKY, Appellee.

Court of Appeals of Kentucky.

May 14, 1946.

Napier & Napier for movant.

No brief filed for opposed.

PER CURIAM.

Appeal denied.

Judgment affirmed.